IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
        :
    Plaintiff,
        :
  vs.        Case No.  3:06cr154
        :
THOMAS McCAULEY,        JUDGE WALTER HERBERT RICE
        :
    Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR REVIEW OF DETENTION ORDER (DOC. #50)

---

Following a thorough review of the Pretrial Services Report of July 18, 2006, as well as upon consideration of the facts of the charge to which the Defendant has pled guilty, as well as the entirety of the Defendant's past criminal record, the Defendant's Motion for Review of Detention Order (Doc. #50), is deemed by this Court to be not well taken and same is, therefore, overruled in its entirety, the Court concluding that, based upon a review of the aforesaid, it cannot make any of the required findings of 18 U.S.C. Section 3143(a), by the requisite degree of proof.

        /s/ Walter Herbert Rice

April 20, 2007        WALTER HERBERT RICE
        UNITED STATES DISTRICT JUDGE

Copies to:

Sheila Lafferty, Esq.
Cheryll Bennett, Esq.
United States Marshal
United States Pretrial Services
United States Probation Department