IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 3:06CR154 |
| | ) | |
| TOMMY MCCAULEY | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named began probation supervision on October 24, 2016, for a period of five years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 24th day of February, 2020

Walter H. Rice
United States District Judge